ADVANCED SERVICES, INC., ET AL. *v.*
DANIEL C. WRIGHT, JR., ET AL.
(5763)

SPALLONE, DALY and NORCOTT, Js.

Submitted on briefs March 10—decision released March 25, 1988

*John E. Dowling* filed a brief for the appellants (defendants).

*Herbert F. Rosenberg* and *Michael P. Ronan* filed a brief for the appellees (plaintiffs).

PER CURIAM. There is no error.